# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** EDCV-09-1941-R                             **DATE: NOVEMBER 6, 2009**

**TITLE:** DEUTCHE BANK NAT'L TRUST CO etc -V- RAMON F. GONZALEZ, SR et al

==================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                    Not present

**PROCEEDINGS:**   ORDER TO SHOW CAUSE TO DISMISS FOR LACK OF JURISDICTION

THIS MATTER IS SET ON CALENDAR FOR HEARING ON NOV. 30, 2009 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF FEDERAL JURISDICTION.

PRESENCE OF COUNSEL / PRO SE LITIGANT AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN AUTOMATIC DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                              Initials of Deputy Clerk__WH____
**CIVIL - GEN**                          D-M